# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shadid, James E. | United States District Court, Central District of Illinois | 5/6/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
100 N.E. Monroe, Room 204
Peoria, IL 61602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/01-3/11 | Judges Retirement System of Illinois - Pension upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/6/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8/26/2013 | University of Illinois Law School - Teaching | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/6/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Acct. for James     Shadid | A | Interest | N | T | | | | | |
| 2. Illinois St. Zero CPN College - Savings Bonds | A | Interest | | | Matured | 08/01/13 | K | | |
| 3. IRA 1 - lines 4 -60 - Acct. for James Shadid | D | Int./Div. | O | T | | | | | |
| 4.    - Abbott Laboratories (ABT) | | | | | | | | | |
| 5.    -ABBVIE (ABBV) | | | | | | | | | |
| 6.    - Bank of America Corp. (BAC) | | | | | | | | | |
| 7.    - Barrick Gold Corp CAD (ABX) | | | | | | | | | |
| 8.    - Berkshire Hatthaway inc. CL B (BRK'B) | | | | | | | | | |
| 9.    - Biogen IDEC Inc. - (BLLB) | | | | | | | | | |
| 10.    - Cablevision Sustems Corp (CVC) | | | | | | | | | |
| 11.    - Caterpillar Inc. (CAT) | | | | | | | | | |
| 12.    - Chevron Corp (CVX) | | | | | | | | | |
| 13.    - Chubb Corp (CB) | | | | | | | | | |
| 14.    - Cisco Sys. Inc. (CSCO) | | | | | | | | | |
| 15.    - DirectTV CLA (DTV) | | | | | | | | | |
| 16.    - Dolby Laboratories Inc. (DLB) | | | | | | | | | |
| 17.    - Dreyfus Money Market | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/6/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - EBAY Inc. (EBAY) | | | | | | | | | |
| 19. - Emerson Electric Co. (EMR) | | | | | | | | | |
| 20. -Engility Holdings (EEL) | | | | | | | | | |
| 21. - Exxon Mobil Corp.(XOM) | | | | | | | | | |
| 22. - Fluor Corp. New (FLR) | | | | | | | | | |
| 23. - Freeport McMoran Copper & Gold (FCX) | | | | | | | | | |
| 24. - Frontier Communications Corp. (FTR) | | | | | | | | | |
| 25. - Gap Inc. Delaware (GPS) | | | | | | | | | |
| 26. - Google Inc. (Goog) | | | | | | | | | |
| 27. - Home Depot Inc.(HD) | | | | | | | | | |
| 28. - Intel Corp. (INTC) | | | | | | | | | |
| 29. - Intl. Business Machines Copr. (IBM) | | | | | | | | | |
| 30. - Johnson & Johnson (J&J) | | | | | | | | | |
| 31. - JPMorgan Chase & Co.(JPM) | | | | | | | | | |
| 32. - Juniper Networks inc.(JNPR) | | | | | | | | | |
| 33. - Kraft Foods Inc. Class A(KRFT) | | | | | | | | | |
| 34. - L3 Communications Hldgs Inc.(LLL) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Lam Research (fka Novellus)(LRCX) | | | | | | | | | |
| 36. - Starz Liberty Capital f/k/a Liberty Media Corp. Liberty Cap (STRZA) | | | | | | | | | |
| 37. - Liberty Media Hldg. Corp.(LNTA) | | | | | | | | | |
| 38. - McKesson Corporation(MCK) | | | | | | | | | |
| 39. - Merck & Co. Inc. New(MRK) | | | | | | | | | |
| 40. - Microsoft Corp.(MSFT) | | | | | | | | | |
| 41. - Mondelez Intl. (MDLZ) | | | | | | | | | |
| 42. - Nasdaq OMX Group Inc.(NDAQ) | | | | | | | | | |
| 43. - Novartis AG ADR(NVS) | | | | | | | | | |
| 44. - Nucor Corp.(NUE) | | | | | | | | | |
| 45. - Pepsico Inc. (PEP) | | | | | | | | | |
| 46. - Petroleo Brasileiro SA(PBR) | | | | | | | | | |
| 47. - Pfizer Inc.(PFE) | | | | | | | | | |
| 48. - Proctor & Gamble Co.(PG) | | | | | | | | | |
| 49. - Starz Liberty Capital Ser A (STRZA) | | | | | | | | | |
| 50. - State Street Corp.(STT) | | | | | | | | | |
| 51. - Taiwan Semiconductor Mfg.(TSM) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Texas Instruments Inc.(TXN) | | | | | | | | | |
| 53. - Unilever PLC Spons ADR NEW (UL) | | | | | | | | | |
| 54. - United Parcel Service CLB(UPS) | | | | | | | | | |
| 55. - Verizon Communications(VZ) | | | | | | | | | |
| 56. - VISA Inc. Com CLA(V) | | | | | | | | | |
| 57. - Vodafone Group PLC Spons(VOD) | | | | | | | | | |
| 58. -Walgreens(WAG) | | | | | | | | | |
| 59. - Walt Disney Co.(DIS) | | | | | | | | | |
| 60. - Bank Deposit Program | | | | | | | | | |
| 61. IRA 2 (Lines 62-64) Acct. of | A | Int./Div. | J | T | | | | | |
| 62. - Consolidated Edison Inc.(ED) | | | | | | | | | |
| 63. - Legg Mason CB Large Cap Growth - SBGLX | | | | | | | | | |
| 64. - Bank Deposit Program | | | | | | | | | |
| 65. MorganStanley Smih Barney Acct. of (Lines 66-69) | A | Int./Div. | K | T | | | | | |
| 66. -Legg Mason CB Appreciation CL - SHAPX | | | | | | | | | |
| 67. -Legg Mason Clearbridge Aggress - SHRAX | | | | | | | | | |
| 68. -Legg Mason CB Large Cap Growth - SBGLX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Bank Deposit Program | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/6/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 1 and 65 - The Morgan Stanley Smith Barney Account on lines 1 and 65 was referenced as Bank Deposit Program in past years filings. For ease and clarification, future filings will refer to the Bank Deposit Program on its own line within the named account, as they are the cash portion of this account. On this year report the Bank Deposit Programs are listed on lines 60 & 64.

Part VII - Lines 3 and 61 - IRA 1 on line 3 and IRA 2 on line 61 now include the name associated with the IRA

Part VII - Lines 35 and 42 - These assets appears on last years report on lines 48 and 49. They have been rearranged alphabetically for ease of review.

Part VII - Line 36 - Liberty MediaCorp has changed its name to Starz Liberty Capital Ser. A.

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 5/6/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Shadid**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544